IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 07-cr-30055-MJR |
| ) | |
| JERMAINE L. EWING, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM AND ORDER**
**ADOPTING REPORT & RECOMMENDATION AND**
**ACCEPTING DEFENDANT'S GUILTY PLEA**

**REAGAN, District Judge:**

On September 14, 2007, the parties appeared before the Honorable Donald G. Wilkerson, United States Magistrate Judge of this District Court. Pursuant to Federal Rule of Criminal Procedure 11 and Southern District of Illinois Local Rule 72.1(b)(2), with the consent of all parties and following a thorough colloquy, Defendant Ewing entered a guilty plea to Counts I and II of the Indictment.

By Report filed September 18, 2007, Judge Wilkerson recommends that the undersigned District Judge accept Defendant Ewing's guilty plea, find Defendant Ewing guilty, direct the Probation Office to prepare a presentence investigation report and schedule sentencing herein. The parties were given an opportunity to object to Judge Wilkerson's Report. That deadline has elapsed without any party filing objections.

Accordingly, the Court **ADOPTS** in its entirety Judge Wilkerson's Report and Recommendation (Doc. 22), **ACCEPTS** Defendant Ewing's guilty plea, and **ADJUDGES** Ewing guilty of the offenses set forth in Counts I (violation of **21 U.S.C. §§ 846(a)(1) and 841(b)(1)(B)**) and II (violation of **18 U.S.C. §§ 922(j) and 824(a)(2)**) of the Indictment. The Court **DIRECTS**

the United States Probation Office to prepare a presentence investigation report.  Finally, sentencing **REMAINS SET** for **1:30 P. M. on Friday, December 14, 2007.**

       **IT IS SO ORDERED.**

       **DATED this 1st day of October, 2007**

                                   **s/Michael J. Reagan**
                                   **MICHAEL J. REAGAN**
                                   **United States District Judge**